1  Kristin Henry (CA Bar No. 220908)
   Sierra Club
2  85 Second Street
   San Francisco, CA 94104
3  (415) 977-5716
   (415) 977-5793 FAX
4  kristin.henry@sierraclub.org

5  David Bookbinder (DC Bar No. 455525) Pro Hac Vice
   Sierra Club
6  408 C. Street, NE
   Washington, DC 200002-5818
7  (202) 548-4598
   (202) 547-6009 FAX
8  david.bookbinder@sierraclub.org

9  Attorneys for Plaintiff

10 KEVIN V. RYAN (SBN 118321)
   United States Attorney
11 JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
12 JAMES A. CODA (SBN 1012669 (WI))
   Assistant United States Attorney
13 Environment & Natural Resources Unit

14  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
15  Telephone No: (415) 436-6967
    Facsimile No:  (415) 436-6748
16  james.coda@usdoj.gov

17 Attorneys for Defendants

18                       UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20                            SAN FRANCISCO DIVISION

21 SIERRA CLUB,                           ) CIVIL NO. 06-3997 CRB
                                          )
22        Plaintiff,                      ) **STIPULATION**
                                          )
23     v.                                 )
                                          )
24 DONALD RUMSFELD, et al.,               )
                                          )
25        Defendants.                     )
                                          )

26      The parties, through their respective counsel, hereby stipulate that the Defendants shall have

27 until October 2, 2006, to answer or otherwise respond to the complaint.

28

1  Date: 8/23/06                             s/David Bookbinder
                                             DAVID BOOKBINDER
2
                                             Attorneys for Plaintiff
3
                                             KEVIN V. RYAN
4                                            United States Attorney

5

6  Date: 8/23/06                             s/James A. Coda
                                             JAMES A. CODA
7                                            Assistant United States Attorney

8                                            Attorneys for Defendants

9       Defendants' counsel attests that the wording of this document is acceptable to Plaintiff's
10 counsel.

August 25, 2006



STIPULATION; CIVIL NO. 06-3997 CRB                                                          2