1

Kristin Henry (CA Bar No. 220908)
Sierra Club

2

85 Second Street
San Francisco, CA 94104

3

(415) 977-5716
(415) 977-5793 FAX

4

kristin.henry@sierraclub.org

5

David Bookbinder (D.C. Bar No. 455525)
Sierra Club

6

408 C Street, NE
Washington, DC 20002-5818

7

(202) 548-4598
(202) 547-6009 FAX

8

david.bookbinder@sierraclub.org

9

Attorneys for Plaintiff Sierra Club

10

11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

12

13

| | |
|---|---|
| SIERRA CLUB, a non-profit organization, | |
| | Case No.: C-06-3997 CRB |
| Plaintiff, | |
| | **PLAINTIFF'S NOTICE OF** |
| v. | **DISMISSAL OF THE COMPLAINT** |
| DONALD RUMSFELD, in his official capacity as Secretary of the Department of Defense; and UNITED STATES DEPARTMENT OF DEFENSE, | **ORDER** |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

Plaintiff Sierra Club, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to defendants Donald Rumsfeld, in his official capacity as the Secretary of the Department of Defense, and the Department of Defense without prejudice.

The Sierra Club is dismissing this action because the relief sought by the Sierra Club has recently been obtained. This action was brought to force the defendants to submit to the Senate and House of Representative Committees on Armed Services a report on the effects of windmill farms on military readiness. On September 28, 2006, the Department of Defense submitted <u>The Effect of Windmill Farms on Military Readiness</u> to the Congressional Defense Committees. Therefore, the relief sought by the Plaintiff has been achieved.

Neither Donald Rumsfeld nor the Department of Defense has filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED:  October 10, 2006              Respectfully submitted,


                                      s/Kristin A. Henry
                                      KRISTIN A. HENRY, CA Bar No. 220908
                                      SIERRA CLUB
                                      85 Second Street, 2nd Floor
                                      San Francisco, CA  94105-3459
                                      Tel: (415) 977-5716
                                      Fax: (415) 977-5793
                                      kristin.henry@sierraclub.org


NOTICE OF DISMISSAL
06-cv-3997 CRB

1

                                        s/David Bookbinder
                                        _____
2                                       DAVID BOOKBINDER, D.C. Bar No. 455525
                                        SIERRA CLUB
3                                       408 C Street, NE
                                        Washington, DC 20002-5818
                                        Tel: (202) 548-4598
4                                       Fax: (202) 547-6009
                                        david.bookbinder@sierraclub.org
5
                                        Attorneys for Plaintiff Sierra Club
6

7

8

9                                          October 11, 2006

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                              NOTICE OF DISMISSAL
                                 06-cv-3997 CRB